JACQUELYNE M. NGUYEN, Bar No. 249658
Law Office of Jacquelyne M. Nguyen
1670 Santa Ana Ave Ste "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com
Attorney for: Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CV 12-4623- PA (SHx) |
|---|---|
| Plaintiff, | Order |
| vs. | |
| SHERRILL Y. TANIBATA | |
| Defendant | |

**ORDER:**

   IT IS SO ORDERED, and the Joint Stipulation to Dismiss Case for case no.: CV 12-4623- PA (SHx); United States of America v. Sherrill Y. Tanibata is granted and TO BE ENTERED.

DATED:____8/18/12_____

   _____

Honorable Percy Anderson,
United States District Judge

1